# Court of Appeals
# of the State of Georgia

ATLANTA,＿＿March 02, 2016＿＿

*The Court of Appeals hereby passes the following order:*

**A16A1065. PETER K. YI v. SANG S. PARK.**

This case began in magistrate court. Following an adverse ruling, Peter Yi appealed the magistrate court's decision to state court. The state court also found in favor of Sang Park, and Yi filed this direct appeal. We lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Yi was required to follow the discretionary appeal procedures to obtain review before this Court. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995). Yi's failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,＿＿03/02/2016＿＿*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿, *Clerk.*